1  Daniel M. Hattis (SBN 232141)
   HATTIS LAW PLLC
2  P.O. Box 1645
   Bellevue, WA 98009
3  Telephone: (650) 980-1990
   Facsimile: (425) 412-7171
4  Email: dan@hattislaw.com

5  Jason Skaggs (SBN 202190)
   SKAGGS FAUCETTE LLP
6  530 Lytton Ave 2nd Floor
   Palo Alto, CA 94301
7  Telephone: (650) 617-3226
   Email: jason@skaggsfaucette.com
8
   Tony J. Tanke (SBN 74054)
9  LAW OFFICES OF TONY J. TANKE
   2050 Lyndell Terrace, Suite 240
10 Davis, CA 95616
   Telephone: (530) 758-4530
11 Email: appeals@tankelaw.com

12 Attorneys for Plaintiff and the Proposed Class

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | JOSEPH LOOMIS, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-02110-VC
17 |   | **NOTICE OF VOLUNTARY DISMISSAL**
18 | Plaintiff, |
19 | v. | Judge: Hon. Vince Chhabria
   |   | Ctrm: 4
20 | COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS, LLC, |
21 |   |
22 | Defendants. |

23

24  **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

25     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

26  Joseph Loomis and his counsel hereby give notice that the above-captioned action is voluntarily

27  dismissed without prejudice against the defendants Comcast Corporation and

28

1  Comcast Cable Communications, LLC.

3  Dated: July 23, 2017                    Respectfully submitted,

4                                          By: _____
5                                               Daniel M. Hattis

6                                          Daniel M. Hattis (SBN 232141)
                                           HATTIS LAW PLLC
7                                          P.O. Box 1645
                                           Bellevue, WA 98009
8                                          Telephone: (650) 980-1990
                                           Facsimile: (425) 412-7171
9                                          Email: dan@hattislaw.com

10                                         Jason Skaggs (SBN 202190)
                                           SKAGGS FAUCETTE LLP
11                                         530 Lytton Ave 2nd Floor
                                           Palo Alto, CA 94301
12                                         Telephone: (650) 617-3226
                                           Email: jason@skaggsfaucette.com
13
                                           Tony J. Tanke (SBN 74054)
14                                         LAW OFFICES OF TONY J. TANKE
                                           2050 Lyndell Terrace, Suite 240
15                                         Davis, CA 95616
                                           Telephone: (530) 758-4530
16                                         Email: appeals@tankelaw.com

17                                         Attorneys for Plaintiff and the Proposed Class