UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LOOMIS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION, et al.,<br><br>        Defendants. | Case No. 17-cv-02110-VC<br><br>**ORDER OF DISMISSAL** |

    Having reviewed the plaintiff's August 1, 2017 supplemental brief, the Court agrees it is appropriate to dismiss this case under Rule 41(a)(1)(A)(i). The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: August 10, 2017

VINCE CHHABRIA
United States District Judge